IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS,

    Plaintiff,                    No. CIV S-06-1532 FCD CMK P

    vs.

DANE NEILSON, et al.,

    Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983, and has requested authority to proceed in forma pauperis under 28 U.S.C. § 1915; however, the certificate portion of the in forma pauperis application was not filled out and signed by an authorized prison official. This proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        On July 26, 2006, the court ordered plaintiff to submit, within thirty days, a fully completed in forma pauperis application. Plaintiff was warned that failure to comply with this order would result in a recommendation that this action be dismissed without prejudice.

        The court must weigh five factors before imposing the harsh sanction of dismissal. See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987). Those factors are: (1) the public's

1  interest in expeditious resolution of litigation; (2) the court's need to manage its own docket; (3)
2  the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on
3  their merits; and (5) the availability of less drastic sanctions.  <u>See</u> <u>id.</u>; see also <u>Ghazali v. Moran</u>,
4  46 F.3d 52, 53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an
5  appropriate sanction is considered a less drastic alternative sufficient to satisfy the last factor.
6  <u>See</u> <u>Malone</u>, 833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is
7  appropriate where there has been unreasonable delay.  <u>See</u> <u>Henderson v. Duncan</u>, 779 F.2d 1421,
8  1423 (9th Cir. 1986).  Dismissal has also been held to be an appropriate sanction for failure to
9  follow local rules.  <u>See</u> <u>Ghazali</u>, 46 F.3d at 53.

10         Having considered these factors, and in light of plaintiff's failure to submit a
11  completed in forma pauperis application, the court find that dismissal is appropriate.
12         IT IS RECOMMENDED that plaintiff's complaint be dismissed without
13  prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).
14         These findings and recommendations are submitted to the United States District
15  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within
16  twenty days after being served with these findings and recommendations, plaintiff may file
17  written objections with the court.  The document should be captioned "Objections to Magistrate
18  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
19  within the specified time may waive the right to appeal the District Court's order.  <u>See</u>  <u>Martinez</u>
20  <u>v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

22  DATED:  October 19, 2006.

24  _____
    **CRAIG M. KELLISON**
25  UNITED STATES MAGISTRATE JUDGE