IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS,

    Plaintiff,                           No. CIV S-06-1532 FCD CMK P

   vs.

DANE NELSON, et al.,

    Defendants.                   <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983, and has requested authority to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        By order filed November 16, 2006, the court dismissed plaintiff's claims with leave to amend the complaint within thirty days. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff was warned that failure to file an amended complaint could resulting in a recommendation that this action be dismissed.

///

///

1

1   Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's complaint be
2 dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).
3   These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within
5 twenty days after being served with these findings and recommendations, plaintiff may file
6 written objections with the court.  The document should be captioned "Objections to Magistrate
7 Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. See  Martinez
9 v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

11  DATED:   January 29, 2007.

		_____
		**CRAIG M. KELLISON**
		UNITED STATES MAGISTRATE JUDGE